IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ENERGY MARINE SERVICES, INC.** | * | |
| **Plaintiff** | * | CIVIL ACTION |
| v. | * | NO. 1:15-cv-0024-GMS |
| **DB MOBILITY LOGISTICS AG, et al.** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER OF GARNISHEE

DB US Corporation, garnishee, by its attorneys, Raymond W. Cobb, Law Offices of Raymond W. Cobb, LLC, James W. Bartlett, III, Imran O. Shaukat, and Semmes, Bowen & Semmes, answering the Verified Complaint with Prayer for Process of Maritime Attachment and Garnishment ("Verified Complaint") pursuant to Rule B(3)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, says:

1. Answering paragraph 1 of the Verified Complaint, it is advised that the allegations contained therein constitute conclusions of law to which it need not respond, but, to the extent that an answer to the allegations is required, it denies those allegations.

2. Answering paragraph 2 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

3. Answering paragraph 3 of the Verified Complaint, it admits the allegations contained therein.

4. Answering paragraph 4 of the Verified Complaint, it is without knowledge or

information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

5. Answering paragraph 5 of the Verified Complaint, it is advised that the allegations contained therein constitute conclusions of law to which it need not respond, but, to the extent that an answer to the allegations is required, it denies those allegations.

6. Answering paragraph 6 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

7. Answering paragraph 7 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

8. Answering paragraph 8 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

9. Answering paragraph 9 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

10. Answering paragraph 10 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

11. Answering paragraph 11 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

12. Answering paragraph 12 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

13. Answering paragraph 13 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

14. Answering paragraph 14 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

15. Answering paragraph 15 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

16. Answering paragraph 16 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

17. Answering paragraph 17 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

18. Answering paragraph 18 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

19. Answering paragraph 19 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

20. Answering paragraph 20 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

21. Answering paragraph 21 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

22. Answering paragraph 22 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

23. Answering paragraph 23 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

24. Answering paragraph 24 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

25. Answering paragraph 25 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

26. Answering paragraph 26 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent

that an answer to the allegations is required, it denies those allegations.

27. Answering paragraph 27 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

28. Answering paragraph 28 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

29. Answering paragraph 29 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

30. Answering paragraph 30 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

31. Answering paragraph 31 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

32. Answering paragraph 32 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

33. Answering paragraph 33 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

34. Answering paragraph 34 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

35. Answering paragraph 35 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

36. Answering paragraph 36 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

37. Answering paragraph 37 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

38. Answering paragraph 38 of the Verified Complaint, it denies that it or DB US Holding Corporation is a debtor of DBMLAG, and it admits the remaining allegations contained therein.

39. Answering paragraph 39 of the Verified Complaint, it admits the allegations contained therein.

40. Answering paragraph 40 of the Verified Complaint, it denies the allegations contained therein.

41. Answering paragraph 41 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

42. Answering paragraph 42 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

43. Answering paragraph 43 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

44. Answering paragraph 44 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

45. Answering paragraph 45 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

46. Answering paragraph 46 of the Verified Complaint, it is advised that the allegations contained therein constitute conclusions of law to which it need not respond, but, to the extent that an answer to the allegations is required, it denies those allegations.

47. Answering paragraph 47 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

48. Answering paragraph 48 of the Verified Complaint, it is without knowledge or information to form a belief as to the truth of the allegations contained therein, but, to the extent that an answer to the allegations is required, it denies those allegations.

WHEREFORE, DB US Holding Corporation prays that the Verified Complaint be dismissed, with costs, including attorneys' fees, assessed against Plaintiff.

OF COUNSEL:

James W. Bartlett, III (*pro hac pending*)
Imran O. Shaukat (*pro hac pending*)
Semmes, Bowen & Semmes
25 S. Charles Street, Ste. 1400
Baltimore, Maryland 21201
T: (410) 539-5040
F: (410) 539-5223
jbartlett@semmes.com
ishaukat@semmes.com

**RAYMOND W. COBB, LLC**

/s/*Raymond W. Cobb*
Raymond W. Cobb (#2653)
1523 Concord Pike, Suite 200
Brandywine Plaza East
Wilmington, Delaware 19803
T: (302) 777-4100
F: (302) 777-4111
rcobb@cobbllc.com

Attorneys for DB US Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of February, 2015, a copy of this Answer of Garnishee was served by electronic filing on all counsel.

| OF COUNSEL: | **RAYMOND W. COBB, LLC** |
|---|---|
| James W. Bartlett, III (*pro hac pending*) | /s/*Raymond W. Cobb* |
| Imran O. Shaukat (*pro hac pending*) | Raymond W. Cobb (#2653) |
| Semmes, Bowen & Semmes | 1523 Concord Pike, Suite 200 |
| 25 S. Charles Street, Ste. 1400 | Brandywine Plaza East |
| Baltimore, Maryland 21201 | Wilmington, Delaware 19803 |
| T: (410) 539-5040 | T: (302) 777-4100 |
| F: (410) 539-5223 | F: (302) 777-4111 |
| jbartlett@semmes.com | rcobb@cobbllc.com |
| ishaukat@semmes.com | |
| | Attorneys for DB US Corporation |