IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY MARINE SERVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DB MOBILITY LOGISTICS AG, )<br>SCHENKER LIBYA FOR TRANSPORT )<br>SERVICE COMPANY, and )<br>SCHENKER S.A. )<br>)<br>Defendants. )<br>_____) | Civil Action No. 15-24-GMS |

## ORDER

For the reasons stated in the court's Memorandum of this same date, IT IS HEREBY ORDERED that:

1. The defendants' Motion to Dismiss (D.I. 21) is GRANTED; and

2. The Clerk of Court is directed to close this case.

Dated: January 22, 2016

UNITED STATES DISTRICT COURT