NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: 1:15-cv-00024-GMS

ENERGY MARINE SERVICES, INC.

v.

DISTRICT COURT
JUDGE: Judge Sleet

DB MOBILITY LOGISTICS AG,
SCHENKER LIBYA FOR TRANSPORT
SERVICE COMPANY, AND SCHENKER S.A.

Notice is hereby given that Energy Marine Service, Inc.
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,

[ ] Other (specify) _____

entered in this action on  January 22, 2016
(date)

Dated: *February 22, 2016*

_____
(Counsel for Appellant-Signature)

| Michael B. McCauley | James Lennon |
| (Name of Counsel - Typed) | (Counsel for Appellee) |
| 1223 Foulk Rd. | 1000 North King Street |
| (Address) | (Address) |
| Wilmington, DE 19803 | Wilmington, DE 19801 |
| (City, State Zip) | (City, State Zip) |
| 302-594-0895 | 302-571-5009 |
| (Telephone Number) | (Telephone Number) |

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.